KEVIN S. ROSEN (SBN 133304)
KRosen@gibsondunn.com
CRAIG H. MILLET (SBN 106027)
CMillet@gibsondunn.com
MICHAEL B. SMITH (SBN 235764)
MSmith@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-6635

Attorneys for Defendant Andrews Kurth LLP

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 12 2011
CENTRAL DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

JS6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| IN RE CALIFORNIA TD INVESTMENTS, LLC | **CASE NO.: 2:10-CV-4942-AG** |
| RUTH ANN WUNDERMAN-COOPER, and MARC SOBEL, individually and on behalf of the MEMBERS OF THE CLASS OF INVESTOR/MEMBER INVESTORS OF QHL HOLDINGS FUND TEN, LLC, a California Limited Liability Company, and GOLDEN STATE TD INVESTMENTS, LLC, a California Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>QUALITY HOME LOANS, a California Corporation, JOHN T. GAISER, an individual, KITTY GAISER, an individual, PATRICK WEAVER, an individual, CHRIS POWELL, an individual, ROBERT ENGILMAN, an individual, ROBERT POHL, an individual, GLEN BARCLAY, an individual, DOSS LAW, a California Professional Corporation, DENNIS DOSS, an individual, ANDREWS KURTH LLP, a Professional Limited Liability Partnership, and RANDY MILLER, an individual,<br><br>Defendants. | [Regarding Ch. 11 Bankruptcy Case Nos. 1:07-BK-13006-GM and 1:07-BK-13003-GM (jointly administered with Case Nos. 1:07-BK-13004-GM and 1:07-BK-13005-GM) and Adversary Case No. 1:08-ap-01026-GM]<br><br>The Honorable Andrew J. Guilford<br><br>**~~[PROPOSED]~~ JUDGMENT IN FAVOR OF ANDREWS KURTH LLP PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(B)** |

This matter having come before the Court pursuant to Federal Rule of Bankruptcy 9033, and the Court's having received and accepted the Proposed Findings of Fact and Conclusions of Law of the Bankruptcy Court in support of its order granting the Motion of to Dismiss of Defendant Andrews Kurth, LLP ("Andrews Kurth"), to dismiss with prejudice the Sixth Claim for Relief of plaintiffs Ruth Ann Wunderman-Cooper and Marc Sobel ("Plaintiffs") against Andrews Kurth, having considered Plaintiffs' objections to the Proposed Findings of Fact and Conclusions of Law and having determined that there is no just reason for delay in the entry of a final judgment as to Andrews Kurth;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Judgment is hereby entered in favor of Andrews Kurth and against Plaintiffs on the Sixth Claim for Relief in Plaintiffs' Fourth Amended Class Action Complaint.

2. Plaintiffs shall take nothing against Andrews Kurth on Plaintiffs' Fourth Amended Class Action Complaint.

3. Andrews Kurth shall recover its costs of suit incurred herein.

Dated: July 12, 2011

_____
Andrew J. Guilford
United States District Judge

Submitted by:

KEVIN S. ROSEN
CRAIG H. MILLET
MICHAEL B. SMITH
GIBSON, DUNN & CRUTCHER LLP

By: /s/ Michael B. Smith
　　　Michael B. Smith

Attorneys for Defendant Andrews Kurth, LLP